

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023

November 22, 2023

**VIA ECF**
Hon Jennifer Rearden
Southern District of New York

Re:   1:23-cv-00695-JHR
Vazquez et al v. Savory Deli & Grocery 1 Inc.

Honorable Judge Rearden:

Our office represents Plaintiff in the above-referenced matter. We write to request a brief adjournment of the Cheeks motion which was due November 20th, 2023. The parties respectfully request an additional (2) two weeks to file the motion.

We thank the Court for its attention to this matter.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**

 /s/Lina Stillman
*Counsel for Plaintiff*

Application GRANTED.  The Parties' deadline to submit their proposed settlement agreement and joint letter to the Court in accordance with ECF No. 33 is extended *nunc pro tunc* to **Tuesday, December 5, 2023**. Future submissions must comply with the Court's Individual Rules and Practices in Civil Cases.  See R. 2.E ("All requests for extensions of time . . . must be made not less than **two business days** before the scheduled deadline or date.  All such requests . . . should state: . . . the number of previous requests for adjournment or extensions of time; []whether those previous requests were granted or denied; [and] the reason(s) for the requested extension[.]").  The Clerk of Court is directed to terminate ECF No. 34.  SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: December 4, 2023