**MEMORANDUM ENDORSED**





STILLMAN LEGAL, P.C
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

December 5, 2023

**VIA ECF**
Hon Jennifer Rearden
Southern District of New York

      Re:    1:23-cv-00695-JHR
                Vazquez et al v. Savory Deli & Grocery 1 Inc.

Honorable Judge Rearden:

      Our office represents the Plaintiff in the matter referenced above. We, along with the Defendants, respectfully write to request a brief adjournment of the Cheeks motion, which had an initial due date of November 20th, 2023, and December 5th, 2023. Both parties kindly request an extension of two (2) weeks to file this motion or December 19th, 2023.

We are making this second request due to the ongoing work on the agreement and a confession of judgment, which necessitates additional time for completion. We sincerely apologize to the Court for the short notice, as both parties initially believed they could meet the deadline. However, it has become evident that additional time is required.

A previous request for an adjournment was granted.

Thank you for your consideration.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**

/s/Lina Stillman
*Counsel for Plaintiff*

Application GRANTED. The Parties' deadline to submit their *Cheeks* motion is extended *nunc pro tunc* to **Tuesday, December 19, 2023**. The Clerk of Court is directed to terminate ECF No. 36. SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 8, 2023