UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICASIO MARCELINO VAZQUEZ,

                      Plaintiff,

-v.-

SAVORY DELI & GROCERY 1 INC. et al.

                      Defendants.

---

23 Civ. 00695 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 38. The proposed settlement provides for an aggregate payment of $14,000 in connection with Plaintiff's FLSA claims, with (1) $8,321.80 to be apportioned to Plaintiff, and (2) the remaining one-third of the settlement sum ($5,679.20) allocated to Plaintiff's counsel, Lina Stillman, in attorney's fees and costs. *See* ECF No. 38-1 ¶¶ 3-4.

    The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024